UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

CARMEL MOSES SKINNER

    Defendant(s).

Case No. 1: 25-cr-90

Hon. HALA Y. JARBOU

**GOVERNMENT'S
INITIAL PRETRIAL CONFERENCE
SUMMARY STATEMENT**

I. **DISCOVERY**

    A. **Statements of Defendant**

        1. **Oral Statements (Rule 16(a)(1)(A))**

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

> police reports from April 10 and 17, 2025

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by _upon entry of pro. order_ .

        2. **Written or Recorded Statements (Rule 16(a)(1)(B))**

☐ There are no written or recorded statements or grand jury testimony of defendant.

☒ There are the following written or recorded statements or grand jury testimony:

> police body camera from April 10 and 17, 2025

All written or recorded statements

☐ have been disclosed to defense counsel.

☒ will be disclosed to defense counsel by _upon entry of pro. order_ .

B. <u>Defendant's Prior Record (Rule 16(a)(1)(D))</u>

☐ The Government has made due inquiry and is not aware of any prior criminal record.

☒ The Government has disclosed defendant's prior criminal history.

☐ The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects (Rule 16(a)(1)(E))</u>

☐ The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The Government has the following documents, tangible objects, and physical evidence:
- ☒ Drug Paraphernalia   ☐ Drug Records   ☐ Inventory (attached)
- ☒ Controlled Substances: _identified in indictment_
- ☐ Records: ____
- ☒ Firearms: _identified in indictment_
- ☒ Other: _photos from April 10 and 17, 2025_

☒ The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
- ☒ State
- ☐ Federal:
  - Case No. ____  Re: _residential SW_
  - Case No. ____  Re: ____
  - Case No. ____  Re: ____

☐ They have been made available for inspection and copying by defense counsel.

☒ Defense counsel should make arrangements with: _AUSA Olivia Kay Ghiselli_

D. <u>Reports of Examinations and Tests (Rule 16(a)(1)(F))</u>

☐ The Government has no reports of examinations or tests required to be disclosed by Rule 16.

☒ The Government has or expects to have reports of the following examinations and tests:
- ☒ Drug Analysis   ☐ Handwriting   ☐ Fingerprints
- ☐ DNA   ☒ Firearms/Nexus   ☐ Gun Operability
- ☐ Computer Forensics   ☐ Other: ____

E. <u>Reciprocal Discovery</u>

☒ The Government seeks reciprocal discovery.

F. <u>Notice Under FRE 404(b)</u>

☒ The Government does not presently intend to introduce 404(b) evidence.

☐ The Government does presently intend to introduce the following 404(b) evidence:

☒ The Government will provide pretrial notice of 404(b) evidence by __2 wks before FPTC__.

G. <u>Other Discovery Matters</u>

## II. TRIAL

A. The Government requests a ☒ jury ☐ non-jury trial.

B. The length of trial excluding jury selection is estimated at __2-3 days__.

## III. MISCELLANEOUS

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:

No concessions unless plea hearing is completed at least two (2) weeks before FPTC.

Date __June 17, 2025__   __/s/ Olivia Kay Ghiselli__
Counsel for the United States

(Rev. 03/01/2019)